JS-6/ENTER

FILED
MAR 15 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

JAVIER MARTINEZ,
    Petitioner,
v.
J.F. SALAZAR, WARDEN,
    Respondent.

Case No. CV 11-1145-SJO (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: _3/14/11_

S. James Otero
United States District Judge